Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendants
OTSUKA PHARMACEUTICAL CO., LTD., AND
OTSUKA AMERICA PHARMACEUTICAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVIS VICKERS and STACEY VICKERS, | Case No. 1:16-cv-00737-LJO-BAM |
| Plaintiffs, | **STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER** |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC., | Complaint Filed: 05/27/16 |
| Defendants. | |

1   This stipulation in the above-captioned matter is made by and between the attorneys for
2   Plaintiffs Travis Vickers and Stacey Vickers ("Plaintiffs") and Defendants Otsuka Pharmaceutical
3   Co., Ltd., and Otsuka America Pharmaceutical, Inc. (collectively "Defendants").
4       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties
5   hereto, that the prescribed time within which Defendants may move, answer, or otherwise respond to
6   the Complaint is hereby extended by 30 days, and that Plaintiffs will have an additional 30 days
7   from the time prescribed by the applicable rules to respond to any motion filed by Defendants in
8   response to the Complaint.
9       This is the parties' first request for an extension. All parties agree to this extension, and the
10  extension does not affect any other previously scheduled dates.
11      IT IS SO STIPULATED.
12
13  Dated: June 30, 2016                         WINSTON & STRAWN LLP
14
15                                               By:   /s/ *Krista M. Enns*
                                                       Krista M. Enns
16
                                                 Luke A. Connelly (*pro hac vice* to be filed)
17                                               200 Park Avenue
                                                 New York, NY  10166
18                                               Phone: (212) 294-6882
                                                 Fax: (212) 294-4700
19                                               lconnell@winston.com

20                                               Matthew A. Campbell (*pro hac vice* to be filed)
                                                 Eric M. Goldstein (*pro hac vice* to be filed)
21                                               Rand K. Brothers (*pro hac vice* to be filed)
                                                 Sarah J. Bily
22                                               Erika L. Mayer
                                                 1700 K Street, N.W.
23                                               Washington, DC  20006
                                                 Phone: (202) 282-5848
24                                               Fax: (202) 282-5100
                                                 macampbe@winston.com
25                                               egoldstein@winston.com
                                                 rbrothers@winston.com
26                                               Attorneys for Defendants
                                                 OTSUKA PHARMACEUTICAL CO., LTD.,
27                                               AND OTSUKA AMERICA
                                                 PHARMACEUTICAL, INC.
28                                               *(Appearing Specially)*

| | | |
|---|---|---|
| 1 | Dated:  June 30, 2016 | ROBINS KAPLAN LLP |
| 2 | | |
| 3 | | By:  /s/ *Munir R. Meghjee*<br>      Munir R. Meghjee |
| 4 | | |
| 5 | | Gary L. Wilson (CA Bar # 139358)<br>gwilson@robinskaplan.com<br>Roman M. Silberfeld (CA Bar # 62783) |
| 6 | | rsilberfeld@robinskaplan.com<br>Michael A. Geibelson (CA Bar # 179970) |
| 7 | | mgeibelson@robinskaplan.com<br>Munir R. Meghjee (*pro hac vice*) |
| 8 | | mmeghjee@robinskaplan.com<br>Megan J. McKenzie (*pro hac vice*) |
| 9 | | mmckenzie@robinskaplan.com<br>800 LaSalle Avenue |
| 10 | | Suite 2800<br>Minneapolis, MN 55402-2015 |
| 11 | | Phone: (612) 349-8500<br>Fax: (612) 339-4181 |
| 12 | | |
| 13 | | Attorneys for Plaintiffs |
| 14 | | TRAVIS VICKERS AND STACEY VICKERS |

**ORDER**

**IT IS SO ORDERED.**

Dated**:   July 5, 2016**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE